IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **K.M.,** *et al.,* | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | **No. 14-2131** |
| v. | : | |
| | : | |
| **CHICHESTER SCHOOL DIST.** *et al.,* | : | |
| **Defendants.** | : | |

**ORDER**

This 10th day of February, 2015, upon consideration of Defendant Chichester School District's Motion to Dismiss and Plaintiffs' response, it is **ORDERED** as follows:

I.  Plaintiffs' claims against Defendants DiMarino and Stewart are **DISMISSED** by agreement of the parties.

II. Defendants' Motion to Dismiss Count I of Plaintiffs' Complaint, alleging Defendants' failure to train or supervise caused the violation of Plaintiff K.M.'s rights is **GRANTED in part and DENIED in part.** Claims arising under the Fourth Amendment are **DISMISSED**, but claims under the Fourteenth Amendment survive.

    /s/ Gerald Austin McHugh
United States District Court Judge